UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JERY JANULEWICZ<br>Petitioner | )<br>)<br>) | |
| v. | )<br>) | Civ. No. 04-10566-NG |
| BRUCE CHADBOURNE<br>Resondent | )<br>)<br>) | |

### NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as attorney for petitioner, Jery Janulewicz.

Dated: March 31, 2004

Respectfully submitted,
Jery Janulewicz, by his attorney,

Paul M. Glickman BBO No. 550840
Glickman Turley, LLP
250 Summer Street
Boston, MA 02210
(617) 399-7770

### CERTIFICATE OF SERVICE

Paul M. Glickman certifies that he caused the above document to be hand delivered to AUSA Mark Grady, United States Attorneys Office, Suite 9200, 1 Courthouse Way, Boston, MA 02210.

Paul M. Glickman

1