UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERY JANULEWICZ, )<br>Petitioner, )<br>) | Civil Action 04-10566-NG |
| v. ) | |
| ) | |
| BRUCE CHADBOURNE, ) | |
| Respondent. ) | |

**RESPONDENT'S NOTICE OF SCHEDULING OF REMOVAL**

Now comes the Respondent to provide notice that the Petitioner has been scheduled to be removed on April 23, 2004.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon counsel for the Petitioner Paul Glickman, Glickman &Turley, LLP, 250 Summer Street, Boston, MA 02210, by mail this 8th day of April 2004.

/s/ Mark J. Grady
Mark J. Grady
Assistant U.S. Attorney