UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JERY JANULEWICZ | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civ. No. 04-10566-NG |
| | ) | |
| ANDREA CABRAL | ) | |
| Respondent | ) | |

## EMERGENCY MOTION FOR A CONTINUANCE OF THE STAY OF REMOVAL

On April 1, 2004, this Court granted respondent's emergency motion for a stay of

removal and for reconsideration of the denial of the habeas proceeding.   The Order provided that

respondent's deportation be stayed pending the decision of the BIA on respondent's motion to

reopen.  On April 1, 2004, the BIA denied the motion to reopen and the Government has

provided the Court with notice that it intends to proceed with removal.  The BIA denied the

motion on the ground that respondent did not submit an affidavit setting forth the basis for

equitable tolling of the BIA time limit on motions to reopen.  On April 8, 2004, respondent

mailed by federal express a Motion for Reconsideration of the Denial of the Motion to Reopen

together with an affidavit of Jerzy Janulewicz setting forth the basis for equitable tolling.[1] (A

copy of the motion for reconsideration, the supplemental memorandum and Janulewicz affidavit

are attached hereto.)

WHEREFORE, for the reasons set forth in this Court's April 1, 2004 Order and the

reasons set forth in the prior emergency motion and in the supplemental memorandum submitted

---

[1] On April 7, 2004, before respondent learned that the motion to reopen had been denied,
respondent mailed the affidavit and supplemental motion to the BIA for filing in support of the
motion.

to the BIA, respondent respectfully requests that this Court Order an extension of the stay of deportation pending a determination of the motion for reconsideration by the BIA and also pending the determination of the pending habeas petition.

WHEREFORE, Petitioner requests that this Court issue an emergency stay of removal, which could be scheduled for as early as tomorrow, April 1, 2004 and grant reconsideration of the habeas petition to at the very least, permit the Immigration Court to reinstate voluntary departure.

Dated: April 8, 2004

Respectfully submitted,
Jerzy Janulewicz, by his attorney,

Paul M. Glickman BBO No. 550840
Glickman Turley LLP
250 Summer Street
Boston, MA 02210
(617) 399-7770

CERTIFICATE OF SERVICE

Paul M. Glickman certifies that he caused the above document to be hand delivered to AUSA Mark Grady, United States Attorneys Office, Suite 9200, 1 Courthouse Way, Boston, MA 02210.

Paul M. Glickman

2