U.S. Department of Justice
Executive Office for Immigration Review

Falls Church, Virginia 22041

Decision of the Board of Immigration Appeals

Date: MAY 11 2004

File: A76-490-739 - BOSTON

In re: JANULEWICZ, JERZY

IN REMOVAL PROCEEDINGS

MOTION

ON BEHALF OF RESPONDENT: Glickman, Paul M., Esquire

ORDER:

PER CURIAM. The respondent moves the Board pursuant to 8 C.F.R. § 1003.2 to reconsider our decision dated April 01, 2004. In our previous decision, this Board denied the respondent's motion to reopen our decision dismissing his appeal. The respondent, in the instant motion, has failed to identify any errors of law or fact in our April 1, 2004, decision which would persuade us to reopen the proceedings at this time. Accordingly, the motion is denied.

FOR THE BOARD