UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERY JANULEWICZ, ) | |
| Petitioner, ) | |
| ) | Civil Action 04-10566-NG |
| v. ) | |
| ) | |
| ANDREA CABRAL, ) | |
| Respondent. ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the respondent.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136