# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERY JANULEWICZ,    ) | |
|     Petitioner    ) | |
|     v.    ) | C.A. No. 04-10566-NG |
|     )    | |
| ANREA CABRAL,    ) | |
|     Respondent.    ) | |
|     ) | |

GERTNER, D.J.

## ORDER OF DISMISSAL

For the reasons set forth in this Court's June 7, 2004, Order, petitioner's Motion for Leave to File Amended Petition [docket # 11] is **DENIED**.  Petitioner's Motion for Hearing [docket # 12] is also **DENIED**.  This action is hereby **DISMISSED**.


SO ORDERED.

June 8, 2004                                        s/ NANCY GERTNER U.S.D.J.